STATE OF NEW JERSEY v. JOHN LAPOINT.

September 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. VIRGINIA O'BRIEN.

September 7, 1983.

Petition for certification denied.

RENEE CHIPULES v. MAYOR AND COUNCIL OF THE CITY
OF JERSEY CITY.

September 7, 1983.

Petition for certification denied.

EXXON CORPORATION v. ROBERT HUNT.

September 7, 1983.

Petition for certification granted.   (See 190 *N.J.Super.* 131)